IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BENJAMIN HAHN, <u>et al.</u>,** : | |
|     **Plaintiffs** : | |
| : | No. 4:16-cv-655 |
| **v.** : | |
| : | (Judge Kane) |
| : | |
| **KAWNEER COMPANY, INC.,** : | (Magistrate Judge Arbuckle) |
|     **Defendant** : | |

## ORDER

**AND NOW**, this 23rd day of December 2016, having received notification that the above-captioned action has been settled, **IT IS HEREBY ORDERED** that this action is dismissed without costs and without prejudice, upon good cause shown within ninety (90) days, to reinstate the action if the settlement is not consummated.

                                               s/ Yvette Kane
                                               Yvette Kane, District Judge
                                               United States District Court
                                               Middle District of Pennsylvania